UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Shirley Gil, <br><br>     Plaintiff, <br><br> v. <br><br> Howard Lee Schiff; and <br> DOES 1-10, inclusive, <br><br>     Defendants. | Civil Action No.: 1:12-cv-12040-MLW |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Howard Lee Schiff and Does 1-10, inclusive, with prejudice and without costs to any party.

| Shirley Gil | Howard Lee Schiff |
|---|---|
| ___/s/ Sergei Lemberg_____ | ___/s/ Karen Wisniowski_____ |
| Sergei Lemberg, Esq. <br> BBO No.: 650671 <br> LEMBERG & ASSOCIATES <br> 1100 Summer Street, 3rd Floor <br> Stamford, CT 06905 <br> (203) 653-2250 <br> Attorney for Plaintiff | Karen Wisniowski <br> Law Offices Howard Lee Schiff PC <br> 25 Southbridge Street, <br> Building 2, Suite 2 <br> Auburn, MA 01501 <br> Attorney for Defendant |

_____
SO ORDERED

## CERTIFICATE OF SERVICE

      I hereby certify that on April 8, 2013, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Karen Wisniowski
Law Offices Howard Lee Schiff PC
25 Southbridge Street,
Building 2, Suite 2
Auburn, MA 01501

                                              By /s/ Sergei Lemberg
                                                     Sergei Lemberg